UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

CCTS Tax Liens I, LLC          :     Civil Action No. _____
                               :
v.                             :
                               :
United States of America       :
Borough of Woodstown           :

**DISCLOSURE STATEMENT**

CCTS Tax Liens I, L.L.C.

The undersigned counsel for_____,
certifies that this party is a non-governmental corporate party and that:

☐   This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:
_____
_____
_____
_____

**OR**

☒   This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

/s/ Adam D. Greenberg                    Honig & Greenberg, L.L.C.
_____          _____
Signature of Attorney                    Name of Firm

Adam D. Greenberg                        1949 Berlin Rd, Ste 200
_____          _____
Print Name                               Address

4-5-12                                   Cherry Hill, NJ 08003
_____                          _____
Date                                     City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.          DNJ-CMECF-005 (5/2/08)